**AFFIRMATION OF SERVICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED ON: 09/23/2026 INDEX NO.: 1:26-cv-05885-HG

YICK Q. LEE, Individually and on Behalf of All Others Similarly Situated — Plaintiff(s)-Petitioner(s)

-vs-

13123 ROCKAWAY PROPERTY INC. and DRAGON KING RESTAURANT 268 INC. — Defendant(s)-Respondent(s)

I, Mark McClosky the undersigned, affirm that I was at the time of service over the age of eighteen years and not a party in this proceeding. I reside in the State of New York.

On OCTOBER 2, 2026 at 10:40 A.M.
Deponent served a true copy of **SUMMONS AND COMPLAINT**

bearing index number: 1:26-cv-05885-HG and date of filing: 09/23/2026
upon **DRAGON KING RESTAURANT 268 INC.**
at address: **C/O SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12231-0001**

MANNER OF SERVICE}

*Personal*

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*

☒ By delivering and leaving 2 copies with} **SHAYLA DAVIS, OA1**
the agent for service on the person in this proceeding designated under rule 306 BCL and tendering the required fee.
Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail__certified mail__registered mail__return receipt requested.
Certified/Registered mail #

DESCRIPTION} deponent describes the person actually served as:
Perceived Gender: FEMALE Perceived Race: BLACK Hair Color: BLACK
Approximate Age: 42 years Approximate Height: 5'7" Approximate Weight: 160 pounds
Other:

I affirm on OCTOBER 2, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Law Offices of James.E. Bahamonde, P.C.
2501 Jody Court
North Bellmore, New York 11710
(516) 782-9663

Mark McClosky

NLS #: 26-6393
Affidavit #: 324591

FIRM FILE #