**LAW OFFICES OF JAMES E. BAHAMONDE, P.C.**
2501 Jody Court
North Bellmore, New York 11710
Long Island Tel. (516) 783-9662 • New York City Tel. (646) 290-8258
Fax No. (646) 435-4376 • James@CivilRightsNY.com

October 11, 2026

**VIA ECF**

Hon. Hector Gonzalez, U.S.D.J.
United States District Court
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE. *Lee v. 13123 Rockaway Property Inc., et al,* 26cv5885 (HG)**

Dear Judge Gonzalez:

I represent Plaintiff in the above-referenced matter. In accordance with the Court's September 25, 2026 Order, I respectfully submit this letter to report Plaintiff's efforts to serve each Defendant with the summons and complaint.

After filing this action, I forwarded the summons and complaint to a process server for service on each corporate Defendant through the New York Secretary of State pursuant to Federal Rule of Civil Procedure 4. Each Defendant was duly served on October 2, 2026, and the corresponding affidavits of service were filed with the Court on October 11, 2026. Also on October 2, 2026, copies of the summons and complaint were served on each Defendant by first-class mail at the address they each designated with the New York Secretary of State to accept process, which is also the address of the subject property.

Thank you for your consideration.

Respectfully Submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.
Law Offices of James E. Bahamonde, P.C.
Attorney for Plaintiff